FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP -6 PM 4:40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

RUSSEL INTERNATIONAL, a division of
Russel Metals, Inc.

VERSUS

EBN AL WALEED MV., ET AL.

CIVIL ACTION

NO. 00-0061

SECTION "S"

O R D E R

More than 120 days have elapsed since the filing of the complaint in this action. The record reflects that service has not been effected upon one or more defendants. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, and the party on whose behalf such service was required cannot show good cause why such service was not made within that period, the action shall be dismissed as to the defendant without prejudice upon the Court's own initiative with notice to such party or upon motion.

Accordingly,

IT IS ORDERED that plaintiff show good cause in writing within thirty days why service of process has not been effected, or the unserved defendants will be dismissed without further notice.

New Orleans, Louisiana, this 6 day of September, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 0 7 2000

Fee_____
Process___
X Dktd____
__CtRmDep_
Doc.No. 6