FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 15  AM 11: 48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

RUSSEL INTERNATIONAL                    CIVIL ACTION

VERSUS                                  NO:  00-0061

EBN AL WALEED MV ET AL.                 SECTION: "S"

## ORDER OF DISMISSAL

The court having been advised that the parties in the above captioned matter have firmly agreed upon a compromise, IT IS ORDERED that this case be and hereby is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

New Orleans, Louisiana, this 14th day of September, 2000.


MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE


DATE OF ENTRY
SEP 1 5 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____