FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 25 PM 4: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSEL INTERNATIONAL, a division of RUSSEL METALS, INC.; <br><br> VS. <br><br> The M/V EBN AL WALEED, her engines, tackle, apparel, furniture, etc., *in rem,* THE EGYPTIAN NAVIGATION CO. (ENC), in personam, | CIVIL ACTION NO. 00-0061 <br><br> SECTION: "5" <br><br> MAGISTRATE (2) |

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, who, upon suggesting to the Court this matter has been completely and finally settled and compromised, move this Court for an Order dismissing plaintiff's claims, rights and/or causes of action against the The M/V EBN AL WALEED, her engines, tackle, apparel, furniture, etc., *in rem,* THE EGYPTIAN NAVIGATION CO. (ENC), *in personam,* with prejudice, as of compromise, each party to bear its own respective costs.

## ORDER

Considering the foregoing,

DATE OF ENTRY
OCT 2 7 2000

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's claims, rights and/or causes of action against the The M/V EBN AL WALEED, her engines, tackle, apparel, furniture, etc., *in rem,* THE EGYPTIAN NAVIGATION CO. (ENC), *in personam*, are dismissed, with prejudice, each party to bear its own respective costs.

**THUS DONE AND SIGNED** at New Orleans, Louisiana, this 26 day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
FRANCIS A COURTENAY, JR. (4443), TA
RENE S. PAYSSE (10367)
DONALD J. VOLPI, JR. (19819)
PHILIP S. BROOKS, JR. (21501)
KIRK N. AURANDT (25366)
COURTENAY, FORSTALL, HUNTER
     & FONTANA
730 Camp Street
New Orleans, LA 70130-3702
Telephone: (504) 566-1801
Facsimile: (504) 565-5626
Attorneys for Russel International,
a division of Russel Metals, Inc.